UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 AUG 22 PM 3:04

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:16-cr- 2:16-cr-0023 WTL-CMM |
| SARAH A. WENCE, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

In or about October 2015, at the Federal Correctional Complex, Terre Haute, Indiana, a Federal prison in the Southern District of Indiana,

SARAH A. WENCE,

Defendant herein, did knowingly engage in a sexual act with another person who was then in official detention and under the custodial authority of the said SARAH A. WENCE; which being in violation of Title 18, United States Code, Section 2243(b).

_____
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 19th day of April, 2016.

Guey Jen Yang
Notary Public

My Commission Expires: June 27, 2022

My County of Residence: Hendricks